FILED

MAY 22 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERCE HILL, aka HASSAN TARIQ KARRIEM,<br><br>　　　　Petitioner,<br><br>　v.<br><br>A. P. KANE, Warden,<br><br>　　　　Respondent.<br>　　　　　　　　　　　　　　　／ | No. C 06-4395 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

　　　This is a habeas case brought pro se by a state prisoner under 28 U.S.C. § 2254. The Court granted respondent's motion to dismiss and gave petitioner thirty days to amend the petition to specify the parole hearing he intended to challenge. In the order of dismissal petitioner was warned that if he did not file the amendment the case would be dismissed without further leave to amend.

　　　The time to amend has expired and petitioner has not amended. The petition therefore is **DISMISSED** without further leave to amend. The clerk shall close the file.

　　　**IT IS SO ORDERED.**

Dated: March 5/22, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.06\HILL395.DIS-no amend.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PIERCE HILL,

        Plaintiff,

v.

A.P. KANE et al,

        Defendant.

Case Number: CV06-04395 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pierce Hill
#B-95683/ Z Wing 335
Correctional Training Facility-Soledad
P.O. Box 689
Soledad, CA 93960

Dated: May 23, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk